■ SAN JAMES REALTY CORPORATION, Appellant, v NEIL CONNOLLY et al., Respondents, et al., Defendants. SAN JAMES REALTY CORPORATION, Appellant, v RESIDENTIAL MANAGEMENT ASSOCIATES, INC., et al., Respondents. [655 NYS2d 372] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered March 28, 1996, which, insofar as appealed from, granted defendants' motion to dismiss plaintiff's causes of action under the Racketeer Influenced and Corrupt Organizations Act ([RICO] 18 USC § 1962 [b], [d]), unanimously affirmed, with costs.

Our affirmance of Supreme Court's findings in the related case of *Keogh v Connolly* (235 AD2d 241), that the Grand Street Corporations' by-laws are authentic and that they authorize the selection of directors by the pastor of St. Mary's Roman Catholic Church, warrants dismissal of plaintiff's RICO-based causes of action. The allegedly fraudulent statements serving as the predicate acts of wire and mail fraud were not false. In view of the foregoing, it is unnecessary to decide whether the RICO-based causes of action are otherwise deficient.

We have considered plaintiff's other contentions and find them to be without merit. Concur—Murphy, P. J., Sullivan, Milonas and Tom, JJ.

■ THOMAS P. DUNLEAVY et al., Respondents, v LUIS MOYA, Appellant. [655 NYS2d 371] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered on or about January 31, 1996, which denied defendant's motion to dismiss plaintiff's complaint for lack of jurisdiction, unanimously affirmed, with costs.

We agree with the IAS Court that the three attempts to serve defendant at his home, the first on a Friday at 7:55 A.M., the second the next day, Saturday, at 2:00 P.M., and the third two days later, Monday, Memorial Day, at 10:14 A.M., constituted due diligence justifying service under CPLR 308 (4). Concur—Murphy, P. J., Sullivan, Milonas and Tom, JJ.